**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY PURCELL,<br><br>        Petitioner,<br><br>    vs.<br><br>MICHAEL BITER, Warden,<br><br>        Respondent. | Case No. CV 12-8456-DDP (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On December 5, 2014, after receiving more than a year's worth of extensions of time, Petitioner filed objections to the R&R, in which he rests "fully" on the arguments in his Petition and Reply and briefly summarizes some of them.

    Having made a de novo determination of the R&R, to which Petitioner fully objected, the Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the Petition is denied, Petitioner's request for an evidentiary hearing is denied, and Judgment be entered dismissing this action with prejudice.

DATED: <u>March 24, 2015</u>

                                        DEAN D. PREGERSON
                                        U.S. DISTRICT JUDGE