UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY PURCELL,<br><br>        Petitioner,<br><br>    vs.<br><br>MICHAEL BITER, Warden,<br><br>        Respondent. | Case No. CV 12-8456-DDP (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 24, 2015

                          DEAN D. PREGERSON
                          U.S. DISTRICT JUDGE